IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| THE CURATORS OF THE UNIVERSITY OF MISSOURI and CAPITAL REGION MEDICAL CENTER,<br><br>    Plaintiffs,<br><br>v.<br><br>CORIZON HEALTH, INC., and CORIZON, LLC,<br><br>    Defendants. | Civil Action No. 2:22-cv-04100<br><br>Removed from the Circuit Court of Boone County, Missouri<br>Case No. 22BA-CV01701 |

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANTS CORIZON HEALTH, INC. AND CORIZON, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Corizon Health, Inc. and Corizon, LLC ("Corizon") file this Corporate Disclosure Statement and state the following:

1. Corizon Health, Inc. is a corporation incorporated in the state of Texas and has a principal place of business in Tennessee.

2. Corizon, LLC was a limited liability company. Its sole member was Corizon Health, Inc. However, as of the time of filing, Corizon, LLC had merged with Corizon Health, Inc., leaving Corizon Health, Inc. remaining as the surviving entity.

3. Corizon is not publicly traded. No publicly held entity owns more than ten percent of the stock of Corizon. Corizon Health, Inc's parent corporation is not publicly traded.

Respectfully submitted,

*s/ R. Thomas Warburton*
R. Thomas Warburton (MO Bar No. 65477)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue N.
Birmingham, AL. 35203
205.521.8987
twarburton@bradley.com

*Attorneys for Corizon Health, Inc. and Corizon, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2022, a copy of the foregoing was filed electronically with the Clerk's office by using the CM/ECF system and served electronically and/or via first-class U.S. mail, postage prepaid, upon all counsel as indicated below. Parties may also access this filing through the Court's ECF system.

>Patrick J. Stueve
>Ethan M. Lange
>Jordan A. Kane
>Stueve Siegel Hanson LLP
>460 Nichols Road, Suite 200
>Kansas City, MO. 64112
>stueve@stuevesiegel.com
>lange@stuevesiegel.com
>kane@stuevesiegel.com
>
>*Co-Counsel for Plaintiffs*

*s/ R. Thomas Warburton*
R. Thomas Warburton