IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| THE CURATORS OF THE UNIVERSITY OF MISSOURI and CAPITAL REGION MEDICAL CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>CORIZON HEALTH, INC., and CORIZON, LLC,<br><br>Defendants. | Civil Action No. 2:22-cv-04100<br><br>Removed from the Circuit Court of Boone County, Missouri<br>Case No. 22BA-CV01701 |

## AMENDED DECLARATION OF J. SCOTT KING

I, J. Scott King, do hereby declare under penalty of perjury that:

1. My name is J. Scott King. I am over 18 years of age, have personal knowledge of the matters stated herein, and am legally competent to testify on those matters.

2. This Amended Declaration is being given in support of Corizon Health, Inc. and Corizon, LLC's (together "Defendants" or "Corizon") Notice of Removal.

3. I was Corizon Health, Inc.'s Executive Vice President and Chief Legal Officer until May 5, 2022. I previously held the same position with Corizon, LLC, prior to the transaction described below. I currently assist Corizon on legacy legal activities as a consultant.

4. On May 11, 2022, Plaintiffs filed a Complaint against Corizon Health, Inc. and Corizon, LLC in the Circuit Court for Boone County, Missouri, Civil Action No. 22BA-CV01701 (hereinafter the "State Court Action").

5. As of the date of filing of the State Court Action, Defendant Corizon Health, Inc. was incorporated in the state of Texas and had a principal place of business in Tennessee. This is

1

still true as of the date this Amended Declaration is signed. Previously, Defendant Corizon Health, Inc. was incorporated in the state of Delaware with a principal place of business in Tennessee, but this had changed before the State Court Action was filed.

6. As of the date of filing the State Court Action, Corizon, LLC had merged with Corizon Health, Inc., leaving Corizon Health, Inc. remaining as the surviving entity. Prior to the merger, Corizon Health, Inc. was the sole member of Corizon, LLC.

The undersigned declares under penalty of perjury that the statements set forth in this instrument are true and correct.

Date: June 30, 2022
_____

*/s/ J. Scott King*
**J. SCOTT KING**