IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| THE CURATORS OF THE UNIVERSITY OF MISSOURI, et al.,<br><br>Plaintiffs,<br>v.<br><br>CORIZON HEALTH, INC., et al.,<br><br>Defendants. | Case No. 2:22-cv-04100-NKL |

## CERTIFICATE OF SERVICE

Plaintiffs The Curators of the University of Missouri and Capital Region Medical Center, by and through their undersigned counsel, hereby certify that on July 12, 2022, the undersigned served Plaintiffs' Initial Disclosures via Electronic Mail on all counsel of record.

Dated: July 12, 2022

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

_/s/ Ethan M. Lange_
Patrick J. Stueve MO Bar # 37682
Ethan M. Lange MO Bar # 67857
Jordan A. Kane MO Bar # 71028
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
816-714-7100 (p)
816-714-7101 (f)
stueve@stuevesiegel.com
lange@stuevesiegel.com
kane@stuevesiegel.com

**COUNSEL FOR PLAINTIFFS THE CURATORS OF THE UNIVERSITY OF MISSOURI AND CAPITAL REGION MEDICAL CENTER**