**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **THE CURATORS OF THE UNIVERSITY OF MISSOURI and CAPITAL REGION MEDICAL CENTER,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 2:22-cv-04100** |
| **CORIZON HEALTH, INC., and CORIZON, LLC,** | ) ) ) | **Removed from the Circuit Court of Boone County, Missouri** |
| **Defendants.** | ) ) ) ) ) ) | **Case No. 22BA-CV01701** |

---

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANTS CORIZON HEALTH, INC. AND CORIZON, LLC**

---

Pursuant to this Court's Order (Doc. No. 5), Defendants Corizon Health, Inc. and Corizon, LLC (together "Corizon") state that no parent companies, subsidiaries, and/or affiliates have issued shares to the public.

Respectfully submitted,

_/s/ R. Thomas Warburton_
R. Thomas Warburton (MO Bar No. 65477)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 5th Avenue N.
Birmingham, AL 35203
205.521.8987
twarburton@bradley.com

_Counsel for Defendants Corizon Health, Inc. and Corizon, LLC_

## CERTIFICATE OF SERVICE

       I hereby certify that on July 12, 2022, a copy of the foregoing was filed electronically with the Clerk's office by using the CM/ECF system. We provided copies to:

      Patrick J. Stueve
      Ethan M. Lange
      Jordan A. Kane
      Stueve Siegel Hanson LLP
      460 Nichols Road, Suite 200
      Kansas City, Missouri 64112
      stueve@stuevesiegel.com
      lange@stuevesiegel.com
      kane@stuevesiegel.com

      *Counsel for Plaintiffs*


                               *s/ R. Thomas Warburton*
                               R. Thomas Warburton